**Emelia A. FORD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7063.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2011.

Emelia A. Ford, Limay, Bataan, Philippines, pro se.

Before RADER, Chief Judge, FRIEDMAN and GAJARSA, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Emelia A. Ford moves for reconsideration of the court's order dismissing her appeal as untimely filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.